UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| RICKY LYNN EDWARDS | ) | |
| | ) | |
| V. | ) | NO. 2:12-CV-384 |
| | ) | |
| CSX TRANSPORTATION, INC. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion [Doc. 85] filed this day, plaintiff's suit is DISMISSED with full prejudice.

Entered:


 s/ Debra C. Poplin
CLERK OF COURT