UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 15-5385

RICKY LYNN EDWARDS,

    Plaintiff - Appellant,

v.

CSX TRANSPORTATION INC.,

    Defendant - Appellee.

**FILED**
May 06, 2016
DEBORAH S. HUNT, Clerk

Before: SUTTON and GRIFFIN, Circuit Judges; OLIVER, District Judge.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Tennessee at Greeneville.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's grant of summary judgment to CSX Transportation Inc. is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk