# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 01, 2016

Ms. Debra Poplin
Eastern District of Tennessee
220 W. Depot Street
Greeneville, TN 37743-0000

    Re:  Case No. 15-5385, *Ricky Edwards v. CSX Transportation Inc.*
           Originating Case No. : 2:12-cv-00384

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Louise Schwarber
                                Case Manager
                                Direct Dial No. 513-564-7015

cc:  Mr. John W. Baker Jr.
     Ms. Emily Loreen Herman-Thompson
     Mr. John Ashton Moss
     Mr. Brian David Netter
     Mr. John D. Steel
     Mr. Evan Mark Tager

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 15-5385

_____

Filed: June 01, 2016

RICKY LYNN EDWARDS

  Plaintiff - Appellant

v.

CSX TRANSPORTATION INC.

  Defendant - Appellee

## MANDATE

 Pursuant to the court's disposition that was filed 05/06/2016 the mandate for this case hereby issues today.

COSTS:  None